UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HUNTER R. LEVI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12CV1209 DDN |
| ) | |
| AB INBEV NV OF LEUVEN ) | |
| BELGIUM & ITS WHOLLY OWNED ) | |
| U.S. SUBSIDIARY ANHEUSER ) | |
| BUSCH COMPANIES, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Plaintiff has submitted an unsigned complaint. "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention." Fed. R. Civ. P. 11. As a result, the Court will order the Clerk to return the complaint to plaintiff so that plaintiff may sign it and return it to the Court for filing. If plaintiff fails to comply with this Order, this case will be dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return the complaint to plaintiff.

**IT IS FURTHER ORDERED** that plaintiff shall sign the complaint and return it to the Court within twenty (20) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, this case may be dismissed without prejudice for failure to prosecute.

Dated this 16th day of July, 2012.

/s/ David D. Noce
DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE