**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| HUNTER R. LEVI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 4:12-cv-01209-JCH |
| ABINBEV NV SA & ITS WHOLLY, OWNED SUBSIDIARY ANHEUSER BUSCH COMPANIES, INC. | ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANT ANHEUSER-BUSCH COMPANIES, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri, Defendant Anheuser Busch Companies, LLC successor to Anheuser-Busch Companies, Inc. ("A-BC"), by and through its attorney of record, files this Corporate Disclosure Statement identifying the following corporations and/or any publicly held corporations that own 10% or more of its stock:

A-BC is a wholly-owned subsidiary of Anheuser-Busch InBev Worldwide, Inc. and is an indirect subsidiary of Anheuser-Busch InBev NV/SA, which is a publicly traded corporation.

A supplemental disclosure statement will be filed promptly upon any change in the information provided herein.

-2-

Dated: November 29, 2012	Respectfully submitted,

        DOWD BENNETT LLP

        /s/ James F. Bennett
        DOWD BENNETT LLP
        James F. Bennett (46826 MO)
        Lisa S. Hoppenjans (63890 MO)
        DOWD BENNETT, LLP
        7733 Forsyth, Suite 1410
        Clayton, Missouri 63105
        Telephone:	(314) 889-7300
        Facsimile:	(314) 863-2111
        Email:	jbennett@dowdbennett.com
                lhoppenjans@dowdbennett.com

        Joseph J. Torres (admitted *pro hac vice*)
        WINSTON & STRAWN LLP
        35 West Wacker Drive
        Chicago, Illinois 60601
        Telephone:	(312) 558-5600
        Facsimile:	(312) 558-5700
        Email:	jtorres@winston.com

*Counsel for Defendants*

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a true and correct copy of the foregoing to be served upon Plaintiff:

>Hunter R. Levi
>13001 W118 Terrace
>Overland Park, Kansas  66210

via Federal Express, on November 29, 2012.

                                _____/s/ James F. Bennett_____